# EXHIBIT A
# 1:07-CV-02822-TWT

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Short Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**VA 1-391-615**

Effective Date of Registration

DEC 18 2006

Application Received DEC 1 8 2006

Deposit Received DEC 1 8 2006  Two

*Amended by C.O. from phone call to Jacqueline M. Daspit on April 10, 2007.

TYPE OR PRINT IN BLACK INK. DO NOT WRITE ABOVE THIS LINE.

**1. Title of This Work:**
Pierce Paxton Design Studio
Copyright Collection #8 - January 2005

Alternative title or title of larger work in which this work was published:
Cumberland/Fleur de Lis Interior & Sonoma Interior

**2. Name and Address of Author and Owner of the Copyright:**
Karyl Pierce Paxton
1000 Bourbon St., #226
New Orleans, LA 70116

Nationality or domicile:
Phone, fax, and email:
Phone ( 504 ) 269.1900    Fax ( 504 ) 269.1904
Email  katieppds@bellsouth.net

**3. Year of Creation:** 2005

**4. If work has been published, Date and Nation of Publication:**
a. Date  January    04    2005   (Month, day, and year all required)
b. Nation  United States

**5. Type of Authorship in This Work:**
Check all that this author created.
☒ 3-Dimensional sculpture    ☐ Photograph    ☐ Map
☒ 2-Dimensional artwork      ☐ Jewelry design ☐ Text
☐ Technical drawing

**6. Signature:**
Registration cannot be completed without a signature.
I certify that the statements made by me in this application are correct to the best of my knowledge. Check one:
☒ Author  ☐ Authorized agent
X _[signature]_

**7. Name and Address of Person to Contact for Rights and Permissions:**
Phone, fax, and email:
☒ Check here if same as #2 above.
Phone ( )
Fax ( )
Email

**8.** Certificate will be mailed in window envelope to this address:
Name: Garvey, Smith, Nehrbass & North, Attn. Jacqueline Daspit
Number/Street/Apt: 3838 North Causeway Blvd, Ste 3290
City/State/ZIP: Metairie, LA 70002-1767

**9.** Deposit Account #____
Name ____

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA-Short  Rev. 07/2006   Print: 07/2006—30,000   Printed on recycled paper    U.S. Government Printing Office: 2005-320-958/60,128