ORIGINAL

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAR 1 7 2009

JAMES N. HATTEN, Clerk
By _____
Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BEL AIR LIGHTING, INC.,<br>        Plaintiff,<br><br>v.<br><br>PROGRESSIVE LIGHTING, INC.,<br>        Defendant.<br><br>*consolidated with*<br><br>PROGRESSIVE LIGHTING, INC.,<br>        Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, INC.,<br><br>and<br><br>BEL AIR LIGHTING, INC.,<br>        Defendants. | CIVIL ACTION NO.<br>1:07-CV-2822 TWT<br>(consolidated with<br>1:07-CV-2199 TWT) |

## DEFENDANT LOWE'S HOME CENTERS, INC.'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and LR 7.1 and

56.1 NDGa., Defendant Lowe's Home Centers, Inc., respectfully moves the Court

for summary judgment on the ground that there is no genuine issue as to any

material fact and Defendant is entitled to judgment as a matter of law.

ATI-2364251v1

This Motion is based upon the following:

1. Defendant Lowe's Home Centers, Inc.'s Memorandum in Support of Motion for Summary Judgment filed contemporaneously herewith;

2. Defendant Lowe's Home Centers, Inc.'s Statement of Undisputed Material Facts in Support of Motion for Summary Judgment, filed contemporaneously herewith; and

3. The three-volume Appendix of Excerpts and Materials in Support of Defendants Lowe's Home Centers, Inc.'s Motion for Summary Judgment, including the Declaration of Megan A. Taylor, filed contemporaneously herewith.

WHEREFORE, Defendant Lowe's Home Centers, Inc. requests that the Court grant its Motion for Summary Judgment.

DATED: March 17, 2009

William B. B. Smith
Ga. Bar No. 664637
Ashley H. Wilkes
Ga. Bar No. 558969
JONES DAY
420 Peachtree St., N.E.
Suite 800
Atlanta, Georgia 30309
Telephone: (404) 581-3939
Facsimile: (404) 581-8330

Attorneys for Defendant
Lowe's Home Centers, Inc.

ATI-2364251v1

## <u>LOCAL RULE 7.1D CERTIFICATION</u>

The undersigned hereby certifies that the within and foregoing Motion was prepared using Times New Roman, 14-point font, in accordance with Local Rule 5.1C.

This 17th day of March, 2009.

William B. B. Smith

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAR 1 7 2009

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| BEL AIR LIGHTING, INC., <br>      Plaintiff, <br><br> v. <br><br> PROGRESSIVE LIGHTING, INC., <br>      Defendant. <br><br> *consolidated with* <br><br> PROGRESSIVE LIGHTING, INC., <br>      Plaintiff, <br><br> v. <br><br> LOWE'S HOME CENTERS, INC., <br><br> and <br><br> BEL AIR LIGHTING, INC., <br>      Defendants. | CIVIL ACTION NO. <br> 1:07-CV-2822 TWT <br> (consolidated with <br> 1:07-CV-2199 TWT) |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this March 17, 2009, I caused the foregoing

DEFENDANT LOWE'S HOME CENTERS, INC.'S MOTION FOR SUMMARY

JUDGMENT to be served via United States mail, postage prepaid, upon counsel

addressed as follows:

ATI-2364251v1

William H. Needle
Lawrence K. Nodine
Jeffrey H. Brickman
Robin L. Gentry
The Needle & Rosenberg
Intellectual Property Practice of
Ballard Spahr Andrews &
Ingersoll, LLC
999 Peachtree Street
Suite 1000
Atlanta, Georgia  30309-3915

Louis S. Mastriani
Jamie D. Underwood
Adduci, Mastriani & Schaumberg, LLP
1200 Seventeenth Street N.W.
Fifth Floor
Washington, D.C. 20036

Elizabeth Ann Morgan
Cantor Colburn LLP
1180 Peachtree Street, N.E.
Suite 2050
Atlanta, Georgia 30309

Ashley H. Wilkes

ATI-2364251v1