UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BEL AIR LIGHTING, INC.<br><br>    Plaintiff,<br><br>vs.<br><br>PROGRESSIVE LIGHTING, INC.,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:07-cv-2822-TWT |
| PROGRESSIVE LIGHTING, INC.<br>a Georgia Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>LOWE'S HOME CENTERS, INC.,<br>a North Carolina corporation and<br>BEL AIR LIGHTING, INC.,<br>a California Corporation,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:07-cv-2199-TWT |

## **J U D G M E N T**

This action having come before the Court, Honorable Thomas W. Thrash, Jr., United States District Judge, for consideration of Bel Air Lighting, Inc.'s Motion for Summary Judgment and Lowe's Home Centers, Inc.'s Motion for Summary Judgment, and the Court having **granted** both motions, it is

**Ordered and Adjudged** that Progressive Lighting, Inc. take nothing; that Bel Air Lighting, Inc. and Lowe's Home Centers, Inc. recover their costs of action, and the actions be, and the same hereby are, **dismissed**.

Dated at Atlanta, Georgia, this 15th day of March, 2010.

                                    JAMES N. HATTEN
                                    CLERK OF COURT

                                By: s/ Denza F. Bankhead
                                      Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  March 15, 2010
James N. Hatten, Clerk of Court

By: s/ Denza F. Bankhead
      Deputy Clerk